```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 04 B 29103
   ALVIN DAVENPORT
   DONNA J ROBERTS-DAVENPORT                      CHAPTER 13

                                                  JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-6447    SSN XXX-XX-8456

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/05/2004 and was confirmed 10/25/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
NISSAN MOTOR ACCEPTANCE   SECURED           9195.63       510.07      9195.63
INTERNAL REVENUE SERVICE  PRIORITY      NOT FILED            .00          .00
ASPIRE VISA               UNSEC W/INTER NOT FILED            .00          .00
ECAST SETTLEMENT CORP     UNSEC W/INTER   2013.62         177.78      2013.62
CHASE MANHATTAN BANK      UNSEC W/INTER NOT FILED            .00          .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER  11922.08        1052.84     11922.08
FIRST CONSUMERS           UNSEC W/INTER NOT FILED            .00          .00
HOUSEHOLD BANK            UNSEC W/INTER NOT FILED            .00          .00
JC PENNEY                 UNSEC W/INTER NOT FILED            .00          .00
SAMS CLUB                 UNSEC W/INTER NOT FILED            .00          .00
SPRINT PCS                UNSEC W/INTER NOT FILED            .00          .00
STATE FARM BANK           UNSEC W/INTER NOT FILED            .00          .00
WAL MART STORES INC       UNSEC W/INTER NOT FILED            .00          .00
ECAST SETTLEMENT CORP     UNSEC W/INTER   1103.16          97.46      1103.16
NISSAN MOTOR ACCEPTANCE   UNSEC W/INTER       .00            .00          .00
INTERNAL REVENUE SERVICE  PRIORITY         1911.34         97.67      1911.34
INTERNAL REVENUE SERVICE  UNSEC W/INTER       .00            .00          .00
JOSEPH WROBEL             DEBTOR ATTY     1,894.00                    1,894.00
TOM VAUGHN                TRUSTEE                                     1,685.17
DEBTOR REFUND             REFUND                                        554.41

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             32,215.23

PRIORITY                                  1,911.34
    INTEREST                                 97.67
SECURED                                   9,195.63
    INTEREST                                510.07
UNSECURED                                15,038.86

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 29103 ALVIN DAVENPORT & DONNA J ROBERTS-DAVENPORT
```

```
    INTEREST                                              1,328.08
ADMINISTRATIVE                                            1,894.00
TRUSTEE COMPENSATION                                      1,685.17
DEBTOR REFUND                                               554.41
                                 ---------------    ---------------
TOTALS                                 32,215.23          32,215.23
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 11/27/07                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```